*J. H. Price, J. S. Ridgdill, F. G. Boatright,* contra.

---

6680.    SHARPE *v.* GEORGIA SOUTHERN & FLORIDA RAILWAY CO.

BROYLES, J.    There is no substantial merit in any of the grounds of the amendment to the motion for a new trial. The evidence demanded a finding for the defendant, and the court did not err in so directing a verdict, or in thereafter overruling the motion for a new trial.

*Judgment affirmed.*

DECIDED JULY 29, 1916. REHEARING DENIED SEPTEMBER 15, 1916.

Action for damages; from city court of Nashville—Judge Christian. May 31, 1915.

*Dan R. Bruce, Hendricks, Mills & Hendricks,* for plaintiff.

*J. E. Hall, Guyton Parks, C. J. Bloch, J. P. Knight,* for defendant.